UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50233
Summary Calendar
_____


DANIEL CLEVELAND,

                                        Petitioner-Appellant,

                    versus

LESTER E. FLEMING, Warden, ET AL,

                                        Respondents,

LESTER E. FLEMING, Warden,

                                        Respondent-Appellee.
_____

Appeal from the United States District Court
for the Western District of Texas
(A-97-CV-776)
_____

December 30, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Having reviewed appellant's brief in light of the record
and applicable authorities; we affirm for essentially the same reasons
contained in the magistrate judge's report, as approved by the
district court.

        AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.